IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE MANAGEMENT MODIFICATION   :
ORDER IN CERTAIN CASES PENDING  :
BEFORE JUDGE ANAND                       :

**O R D E R**

The following Order is being filed in most categories of civil cases pending before the undersigned. Because of the national emergency currently pending with the pandemic spread of COVID-19 and related widespread social-distancing measures being implemented, the Court **ORDERS** as follows:

1) If discovery is currently ongoing and the discovery cut-off date has not expired, the discovery cut-off date is hereby automatically extended by an additional **thirty (30) days** without need of further request;

2) During the next **thirty (30) days**, unless there are specific and compelling facts requiring otherwise, the Court will liberally sustain any objections to a face-to-face deposition and will require any such objected-to deposition to be re-scheduled for a date outside the thirty (30) day period. Parties are encouraged and expected to collegially implement this extension and arrange for new scheduling without requiring the intervention of the Court unless necessary;

3) Except than for face-to-face depositions, no other filing deadlines, response deadlines, service deadlines, or any other deadlines, automatically extended by this Order.

To the extent the District Judge in this case may issue any similar general order on the issue of case management, any inconsistency between this order and the District Judge's order would be resolved in favor of the District Judge's order.

**IT IS SO ORDERED** this 17th day of March, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

2