UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| APRIL KIMBLE,<br><br>    Plaintiff,<br><br>  v.<br><br>QUALITY ASSIST, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:19-CV-02549-JPB |

## JUDGMENT

This action, having come before the Court for a trial by jury, the Honorable J. P. Boulee presiding, the issues having been tried and the jury having rendered its verdict in favor of Defendant Quality Assist, Inc., it is

**Ordered and Adjudged** that Plaintiff April Kimble take nothing, that the action be dismissed and that Defendant recover costs of the action as allowed by law.

Dated at Atlanta, Georgia, this 26th day of July, 2022.

                                              KEVIN P. WEIMER
                                              CLERK OF COURT

                                        By:    s/Ciarra Oduka
                                        Courtroom Deputy Clerk

Judgment
Kimble v. Quality Assist, Inc.
1:19-cv-02549-JPB
Page 2

Prepared & Filed
In the Clerk's Office
July 26, 2022
Kevin P. Weimer
Clerk of Court
By: s/ Ciarra Oduka
Courtroom Deputy Clerk