UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 2 6 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

APRIL KIMBLE,

Plaintiff,

v.

QUALITY ASSIST, INC.,

Defendant.

CIVIL ACTION NO.
1:19-CV-2549-JPB

# VERDICT FORM

Do you find, by a preponderance of the evidence, that:

1. Quality Assist subjected April Kimble to a different lunch break policy?

   Answer:   __X__ YES   _____ NO

   If your answer is "no," this ends your deliberations, and the foreperson should sign and date the last page of the verdict form. If your answer is "yes," go on to the next question.

2. Subjecting Ms. Kimble to a different lunch break policy amounted to an adverse employment action?

   Answer:   __X__ YES   _____ NO

   If your answer is "no," this ends your deliberations, and the foreperson should sign and date the last page of the verdict form. If your answer is "yes," go on to the next question.

3. Quality Assist subjected Ms. Kimble to a different lunch break policy because of her race?

Answer: _____ YES   \_\_\_X\_\_\_ NO

This ends your deliberations, and the foreperson should sign and date below.

SO SAY WE ALL.

_James E Bush_
FOREPERSON'S SIGNATURE

Date: 7/22/2022